IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CLARENCE DACE, Inmate #N-22471, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 98-702-CJP |
| | ) | |
| THOMAS PAGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

FILED

APR 10 2000

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**PROUD, Magistrate Judge:**

On March 14, 2000, the United States Marshal was ordered to serve process upon the defendants by attempting to secure a waiver of service pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure. On April 4, 2000 the Marshal filed a notice with the Court stating that defendant *James Massey* is on extended leave of absence from the Illinois Department of Corrections and cannot be located at the work address provided by plaintiff.

**IT IS THEREFORE ORDERED** that the Illinois Department of Corrections shall, within ten (10) days of the entry of this Order, furnish the Marshal with the last-known address of defendant *James Massey*. This information shall be used only for purposes of effectuating service (or for proof of service, should a dispute arise) and any documentation of the address shall be retained only by the Marshal. Address information obtained from Illinois Department of Corrections shall not be maintained in the court file, nor disclosed by the Marshal.

The Clerk of the Court is **DIRECTED** to serve a copy of this order on the Illinois Department of Corrections, P.O. Box 19277, Springfield, Illinois, 62794-9277, and the United States Marshal.

**IT IS SO ORDERED.**

DATED: April 7, 2000

_____
MAGISTRATE JUDGE

