IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

AUG 2 8 2002

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

CLARENCE DACE,

Plaintiff,

vs.

THOMAS PAGE, et al.,

Defendants.                                                        No. 98-CV-0702-DRH

## ORDER

**Herndon, District Judge:**

The parties submitted to the Court two Stipulations seeking the of dismissal of this case. (Docs. 214-215). The stipulations were signed by the Plaintiff and one of the Defendants' attorneys. They do not specifically provide that the dismissal is with prejudice. Therefore, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**, the Court **DISMISSES** this case **WITHOUT PREJUDICE.** All motions currently pending in this case are **MOOT.**

**IT IS SO ORDERED.**

Signed this 3rd day of August , 2002.

**DAVID R. HERNDON**
**United States District Judge**

216